# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA J. ARNOLD, | : | |
| Plaintiff | : | No. 3:15-CV-2103 |
| vs. | : | (Judge Nealon) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 27TH DAY OF SEPTEMBER, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Linda J. Arnold disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration for a new administrative hearing; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                             **/s/ William J. Nealon**
                                                             **United States District Judge**